(3)

530 Rew

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name Pridmore David L.
(Last) (First) (Initial)

Prisoner Number F-18669

Institutional Address C.S.P.-L.A.C. 44750 60TH St. W. LANCASTER CA. 93536-7620

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA

DAVID L. PRIDMORE
Full Name of Petitioner

Case No. CV 08 2941 (PR)
(To be supplied by the Clerk, United States District Court)

vs.

Fredrick B. Haws
Name of Respondent
(Warden or jailor)

PETITION FOR A WRIT OF HABEAS CORPUS

## Read Comments Carefully Before Filling In

### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

CV 08-2941 SBA



(4)

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in whic you are imprisoned or by whom you were convicted and sentenced. The are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

Santa Clara Co. Superior Court — San Jose, CA.
Court — Location

(b) Case number, if known CC 451410

(c) Date and terms of sentence 2/10/06 50 Yr. to life c/s 20 yr.

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes X No ___

Where? C.S.P./L.A.Co. 44750 60TH st. W. Lancaster, CA.
(Name of Institution) 93536-7620 (Address)

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

Count 1. PC 664/211/212.5 (c) Att. Robbery 2ed degree

Count 2. PC 211/212.5 (c) Robbery 2ed degree. plus PC 667.5 (a) ehancements (x2)

3. Did you have any of the following?

Arraignment: Yes X No ___ Preliminary Hearing: Yes X No ___

Motion to Suppress: Yes X No ___

(5)

4. How did you plead?

Guilty ____ Not Guilty ____ Nolo Contendere X

Any other plea (specify) ____________________________

5. If you went to trial, what kind of trial did you have?

Jury X Judge alone ____ Judge alone on a transcript ____

6. Did you testify at your trial? Yes ____ No X

7. Did you have an attorney at the following proceedings:

(a) Arraignment Yes X No ____
(b) Preliminary hearing Yes X No ____
(c) Time of plea Yes X No ____
(d) Trial Yes X No ____
(e) Sentencing Yes ____ No ____
(f) Appeal Yes X No ____
(g) Other post-conviction proceeding Yes X No ____

8. Did you appeal your conviction? Yes X No ____

(a) If you did, to what court(s) did you appeal?

| | | | | |
|---|---|---|---|---|
| Court of Appeal | Yes X | No ____ | 2007 (Year) | Denied (Result) |
| Supreme Court of California | Yes X | No ____ | 2007 (Year) | Denied (Result) |
| Any other court | Yes ____ | No X | (Year) | (Result) |

(b) If you appealed, were the grounds the same as those that you are raising in this petition? Yes X No ____

(c) Was there an opinion? Yes X No ____

(d) Did you seek permission to file a late appeal under Rule 31(a)? Yes ____ No X

If you did, give the name of the court and the result:

________________________________________

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes ____ No X

(6)

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court NA

Type of Proceeding

Grounds raised (Be brief but specific):

a.

b.

c.

d.

Result Date of Result

II. Name of Court

Type of Proceeding

Grounds raised (Be brief but specific):

a.

b.

c.

d.

Result Date of Result

III. Name of Court

Type of Proceeding

Grounds raised (Be brief but specific):

a.

7

b. ____________________

c. NA ____________________

d. ____________________

Result ____________________ Date of Result ____________

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court? Yes ____ No X

____________________

(Name and location of Court)

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim.

Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without revie on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: FAILURE to allow severance of cases where the evidence was not cross admissible.

Supporting Facts: Charge #1 (the bank robbery) was not cross admissible and the evidence that I robbed the bank was the weaker of the 2 charges creating the (Cont. additional page >

Claim Two: Prosecutorial Misconduct ~~The prosecutors comments, uncorrected~~

Supporting Facts: The prosecutors comments, un corrected by the trial court, diluted the reasonable doubt burden of ~~proof~~ proof and (cont. pg. 2 additional page >

⑨(cont. additional page from [illegible] claim 1.)

⑨ the joiner of these two counts rendered my trial fundamentally un-fair and it deprived me of due process under Federal Law.

I also argue that the two offenses were quite dissimilar and fail to suggest a "Modus Operandi", identity, or other basis of cross admissibility.

This respondent was not even charged with the bank robbery until after the weak case of attempted robbery brought later. I maintain that was only a misunderstanding and that's why I remained at the business until the police arrived. If I had not been charged for the bank robbery 3 days later I think the so called attempted robbery would have been dropped to at worst a lesser charge.

(a) (Page 2. additional page 'Claim 2' cont.)

it deprived me of a fair trial.

Prosecutors misconduct consisted of the use of deceptive, and reprehensible methods to attempt to presuade the court and the jury

Prosecutoral misconduct violates the U.S. constitution when it is of sufficient to deny the defendant the right to a fair trial.

The prosecutor repeatedly told jurors that they "did not have to find facts beyond a reasonable doubt". He then stated that they only had to find "elements" beyond a reasonable doubt.

Even a power point slide show was shown to the jury that read "The defense wants you to think that everything has to be proved beyond a reasonable doubt". And one of the itemized 'bullet points' says "Just the elements have to be proven".

The prosecutor over all reduced >

(Cont. Page 3. >

(10)

the reasonable doubt, standard improperly, espeically as it applied to identity in this case.

The fact that the trial court left the prosecutors central point, the false "elements/facts dichotomy" uncorrected, left the jury with the clear impression that his argument was a correct statement of the law that required no correction. The trial court tacitly approved the argument.

The error is therefore 'structural'.

It was noted by the U.S. Supreme Court that when two instructions are given, one that is constitutionally correct, and one that is constitutionally infirm, that there is no way for a reviewing court to know how the jury will resolve the conflict. This very much applies in my case I believe.

Thank You.

(11)

Claim Three: ____________________

Supporting Facts: ____________________

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

U.S. v. Lane (1986) 474 US. 438, 446, n. 8 (106 S. Ct.) Estelle v McGuire (1991) 502 US. 62, 68, (112 S. Ct. 475) 116 L. Ed 2d 385 / People v Hill (1998) 17 CAL. 4TH 800, 829, 830, (Hill)

Do you have an attorney for this petition? Yes ____ No X

If you do, give the name and address of your attorney:

I've had inmate help, but I really Need an attorney!

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/08
Date

D. [signature]
Signature of Petitioner

(rev. 5/96)



Court of Appeal, Sixth Appellate District - No. H029910
**S158894**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

THE PEOPLE, Plaintiff and Respondent,

v.

DAVID LEN PRIDMORE, Defendant and Appellant.

---

The petition for review is denied.

SUPREME COURT
**FILED**
FEB 1 3 2008
Frederick K. Ohlrich Clerk
Deputy

GEORGE
Chief Justice

DAVID L. PRIDMORE
F-18669
C.S.P. - LAC
44750 60TH St. W.
LANCASTER, CA.
93536-7620
047J82008168
$01.340
Mailed From 93536
US POSTAGE
RECEIVED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
STATE PRISON GENERATED MAIL
LEGAL MAIL
Att. Court Clerk for
United States District Court
for the Northern District of California
450 Golden Gate Ave.
Box 36060
San Francisco, CA.
94102
Federal Habeas Action in forma Pauperis
STATE PRISON GENERATED MAIL

