

E-filing

**FILED**
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID L. PRIDMORE

　　　　　　　　　Plaintiff,

vs.

　　　　　　　　　Defendant.

CASE NO. CV 08 CC 457470 2941 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, DAVID PRIDMORE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　　Are you presently employed?    Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:   N/A

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 1 -

(16)

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Social Security SSI payments of $750.00_
4  _a month. (before imprisonment)_
5  _____
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.    Business, Profession or           Yes ___ No _X_
9           self employment
10    b.    Income from stocks, bonds,        Yes ___ No _X_
11          or royalties?
12    c.    Rent payments?                    Yes ___ No _X_
13    d.    Pensions, annuities, or           Yes ___ No _X_
14          life insurance payments?
15    e.    Federal or State welfare payments, Yes ___ No _X_
16          Social Security or other govern-
17          ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.    Are you married?     _Widerer_   Yes _X_ No ___
23  Spouse's Full Name: _Sara C. Pridmore_
24  Spouse's Place of Employment: _Disabled before death_
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_N/A_  Net $_____
27  4.    a.    List amount you contribute to your spouse's support : $ _\_
28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA                _NONE_
PAUPERIS, Case No._____                - 2 -



1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  __None_____
4  _____

5  5.   Do you own or are you buying a home?          Yes ____ No __X__
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                     Yes ____ No __X__
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No __X__ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ____ No __X__
18 _____
19 8.   What are your monthly expenses?   INCARCERATED
20 Rent: $ _____ Utilities: __CALIF. PRISON.__
21 Food: $ _____ Clothing: _____
22 Charge Accounts:
23 Name of Account                Monthly Payment              Total Owed on This Acct.
24 ____N/A_____  $ _____N/A_____  $ _____N/A_____
25 _____  $ _____  $ _____
26 _____  $ _____  $ _____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 3 -

(18)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?                                    Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.    NONE

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/22/08                                    D. Prinsmore
DATE                                    SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -



1
2                                            Case Number: _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                           **IN**
11                                **PRISONER'S ACCOUNT**
12

13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of  *PRIDMORE, DAVID* _____ for the last six months at
15                                      [prisoner name]
16 ___*CSP LOS ANGELES COUNTY*_____ where (s)he is confined.
17             [name of institution]
18       I further certify that the average deposits each month to this prisoner's account for the most
19 recent 6-month period were $ __*0.00*__ and the average balance in the prisoner's account
20 each month for the most recent 6-month period was $__*0.00*__.
21
22  Dated: *4-23-2008*            _*M. St. George ACII*_
23                                   [Authorized officer of the institution]
24
25
26
27
28

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. STATE PRISON, LA COUNTY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *H. M. George* ACH
TRUST OFFICE

FOR THE PERIOD: NOV. 01, 2008 THRU APR. 23, 2008

ACCOUNT NUMBER : F18669
ACCOUNT NAME   : PRIDMORE, DAVID LEN
PRIVILEGE GROUP: A
BED/CELL NUMBER: FBB200000000214U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |