CASE #
CV 08 2941 SBA

C.S.P. - L.A.C
44750 60TH St. W.
LANCASTER, CA. 93536-7620

Court Clerk
U.S. Dist. Court
NORTH. DIST.

    I got a 'handout' about my resent filed appeal called a "ECF Registration Info. Handout." I don't understand what I'm supposed to do with it. (?)

    We have no access to computers here at CSP-LAC, or to access '800' numbers. I've had someone helping me or I wouldn't have got this far. I am classified mentally Ill at LANCASTER, and have been most of my life. We have a hard time even getting in the LAW LIBRARY sometimes. I NEED AN Attorney to help me thru this.

    If I'm supposed to do something with this handout please explain it so I will understand and it be possible.

Thank you
David L. Prismore



DAVID PRIDMORE F18669
D2 214L
C.S.P.-L.A.C
44750 60TH ST. W.
LANCASTER, CA. 93536-7620

•OFFICE OF THE CLERK•
U.S. District Court
NORTHERN DISTRICT CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIF.

LEGAL MAIL

