David Prismore
F-18669
C.S.P. - L.A.C.
44750 60th St. W.
Lancaster, CA. 93536-7620

FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: CLERK OF THE U.S. DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA.

I have asked about being appointed an Attorney for my appeal, and also about what I'm supposed to do with this "EFC Registration Handout" that was sent to me. (CASE# CV8 2941 SBA (PR)) Filed Jun. 12th by Richard Wieking CLERK. I do not have any idea what I'm doing. The help I had, I no longer have. The more I learn, the more I realize I need to be appointed an attorney.

I have DOUBLE "life", plus 20. I had an appeal 'program' attorney to get me up to this stage, now I'm ~~now~~ on my own. I have been a mental health patient most of my life, and am presently part of the 'EOP' MENTAL HEALTH PROGRAM here at Lancaster State prison. I'm on alot of medication and I can't trust my judgement in these matters.

Please give me some response besides a form letter, about both of these matters. I didn't kill nobody or ~~~~ nothing like that. Actually I didn't do nothing except have a bad record and no one to help or care one way or the other.

Thank you
David Prismore

DAVID L. PRIDMORE - F18669
BLDG. D-2 - 214
C.S.P. - L.A.C.
44750 60TH ST. W.
LANCASTER, CA. 93536-7620

→ OFFICE OF THE CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIF.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

ATTN.
COURT CLERK

LEGAL MAIL

c/o Hasley 8/24/08