IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID L. PRIDMORE,

    Petitioner,

 v.

FREDRICK B. HAWS,

    Respondent.
                                   /

No. C 08-02941 SBA (PR)

**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse within **thirty (30) days from the date of this order**.

    IT IS SO ORDERED.

DATED: 6/1/09

                                                                SAUNDRA BROWN ARMSTRONG
                                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID L PRIDMORE,

        Plaintiff,

  v.

FREDRICK B HAWS et al,

        Defendant.

Case Number: CV08-02941 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Len Pridmore F-18669
California State Prison
P.O. Box 799001
San Diego, CA 92179

Dated: June 3, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Pridmore2941.EOT-Traverse.frm      2