**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID L PRIDMORE,

    Petitioner,

  v.

FREDRICK B HAWS, Warden,

    Respondent.
                                     /

No. C 08-02941 SBA (PR)

**ORDER GRANTING REQUEST FOR FOURTH EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a fourth extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **January 4, 2010**.

    This Order terminates Docket no. 18.

    IT IS SO ORDERED.

DATED: 11/16/09

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Pridemore2941.4thEOT-Traverse.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID L PRIDMORE,

        Plaintiff,

  v.

FREDRICK B HAWS et al,

        Defendant.

Case Number: CV08-02941 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Len Pridmore F-18669
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: November 18, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk