IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID L. PRIDMORE,

    Petitioner,

 v.

FREDRICK B. HAWS,

    Respondent.
                                         /

No. C 08-02941 SBA (PR)

**ORDER GRANTING FIFTH REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a fifth extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse within sixty (60) days of the date this order is signed. No further extensions of time will be granted in this case absent exigent circumstances.

    IT IS SO ORDERED.

DATED: 1/20/10

                                                 SAUNDRA BROWN ARMSTRONG
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID L PRIDMORE,

        Plaintiff,

  v.

FREDRICK B HAWS et al,

        Defendant.

Case Number: CV08-02941 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Len Pridmore F-18669
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: January 21, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk