IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LEN PRIDMORE, | ) | No. C 08-2941 SBA (PR) |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK B. HAWS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 9/15/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID L PRIDMORE,

      Plaintiff,

  v.

FREDRICK B HAWS et al,

      Defendant.
_____/

Case Number: CV08-02941 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Len Pridmore F-18669
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: September 15, 2010

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk